[No. 66429-8-I. Division One. April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00741-1, Jay V. White, J., entered December 20, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 66438-7-I. Division One. April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK BENNETT THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03502-4, Jim Rogers, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 66451-4-I. Division One. April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WELI MOHAMMED GULED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02400-6, Regina S. Cahan, J., entered December 7, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 66467-1-I. Division One. April 23, 2012.]

RENEE MALDONADO ET AL., *Appellants*, v. RAYMOND HOLDREN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18027-0, Catherine D. Shaffer, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.